UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID ADAMS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WORLD SAVINGS BANK, FSB, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:12-cv-00356-MMD-(GWF)<br><br>ORDER<br><br>(Motion to Dismiss–Dkt. no. 13) |

　　　Defendant Wells Fargo filed a Motion to Dismiss Plaintiff's complaint under Fed. R. Civ. P. 12(b)(6) on March 23, 2012. (Dkt. no. 13.) The response was due on April 9, 2012, although the parties stipulated to extend the deadline until April, 16 2012. (Dkt. no. 18 at 3.) However, Plaintiff did not meet this deadline and has not opposed the motion.

　　　Failure to file points and authorities in opposition to a motion constitutes consent that the motion be granted. L.R. 7-2(d); *see Abbott v. United Venture Capital, Inc.*, 718 F. Supp. 828, 831 (D. Nev. 1989). The Court therefore GRANTS Defendant's unopposed motion.

　　　ENTERED THIS 5th day of July 2012.

_____
UNITED STATES DISTRICT JUDGE