1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                              DISTRICT OF NEVADA
8                                      * * *
9
10   DAVID ADAMS,                              Case No. 2:12-cv-00356-MMD-(GWF)
11                            Plaintiff,
                                                            ORDER
12        v.
                                               (Motion to Dismiss–Dkt. no. 13)
13   WORLD SAVINGS BANK, FSB, et al.,
14                            Defendants.
15
16          Defendant Wells Fargo filed a Motion to Dismiss Plaintiff's complaint under Fed.
17   R. Civ. P. 12(b)(6) on March 23, 2012.  (Dkt. no. 13.)  The response was due on April 9,
18   2012, although the parties stipulated to extend the deadline until April, 16 2012.  (Dkt.
19   no. 18 at 3.)  However, Plaintiff did not meet this deadline and has not opposed the
20   motion.
21          Failure to file points and authorities in opposition to a motion constitutes consent
22   that the motion be granted.  L.R. 7-2(d); *see Abbott v. United Venture Capital, Inc.*, 718
23   F. Supp. 828, 831 (D. Nev. 1989). The Court therefore GRANTS Defendant's unopposed
24   motion.
25          ENTERED THIS 5th day of July 2012.
26
27          _____
28          UNITED STATES DISTRICT JUDGE