UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID ADAMS,<br><br>                    Plaintiff,<br><br>        v.<br><br>WORLD SAVINGS BANK, FSB, et al.,<br><br>                    Defendants. | Case No. 2:12-cv-00356-MMD-GWF<br><br>ORDER |

The Court withdraws its July 5, 2012, order (dkt. no. 23) granting Defendant's unopposed motion to dismiss. Plaintiff filed for bankruptcy on June 1, 2012, thereby staying the proceedings in this case. The Court received notice of Plaintiff's bankruptcy on June 29, 2012, and notice was filed with the Court on July 10, 2012.

This action shall be stayed pending the resolution of Plaintiff's bankruptcy proceedings or until the automatic stay has been lifted with respect to this action.

ENTERED THIS 10th day of July 2012.

_____
UNITED STATES DISTRICT JUDGE